UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM, Guardian for minor G.N., <br><br> Plaintiff, <br><br> v. <br><br> RENTON SCHOOL DISTRICT, <br><br> Defendant. | Case No. C21-1363-RSM <br><br> ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 19th day of October, 2021.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1