UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM,<br><br>                      Plaintiff,<br><br>  v.<br><br>RENTON SCHOOL DISTRICT,<br><br>                      Defendant. | No. 2:21-cv-01363-JHC<br><br>ORDER GRANTING MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE |

       This matter comes before the Court on Defendant Renton School District's (the District) Motion for Relief from Initial Case Scheduling Deadlines and to Set a Briefing Schedule ("Motion"). Dkt. # 25.

       The Court having read and considered the moving papers, and all attachments thereto, as well as any pleadings and paper submitted in opposition or reply:

       IT IS HEREBY ORDERED that the District's Motion for Relief from Initial Case Scheduling Deadlines is **GRANTED**. The parties are relieved from the initial case scheduling deadlines set forth in the Court's Minute Entry dated February 23, 2022 (Dkt. # 18).

       The Court further **ORDERS** that the briefing schedule for resolution of Plaintiff's appeal be set as follows:

ORDER GRANTING DEFENDANT'S MOTION
FOR RELIEF FROM INTIAL CASE SCHEDULING
DEADLINES - 1

- Plaintiff's Opening Brief:  Filed 45 days after certification of the administrative record from the Office of the Superintendent of Public Instruction, not to exceed 35 pages;

- The District's Opposition and Opening Brief:  Filed 30 days after Plaintiff's Opening Brief, not to exceed 35 pages;

- Plaintiff's Opposition and Reply:  Filed 30 days after the District's brief, not to exceed 20 pages; and

- The District's Reply:  Filed 30 days after Plaintiff's brief, not to exceed 20 pages.

Dated this 3rd day of May, 2022.

John H. Chun
United States District Court Judge