UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIJAH SAM, <br><br> Plaintiff, <br><br> v. <br><br> RENTON SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:21-cv-01363-JHC <br><br> ORDER |

This matter comes before the Court on Plaintiff Elijah Sam's motion for subpoenas (the "Motion").  Dkt. # 32.  Defendant submitted a response.  Dkt. # 34.  Plaintiff submitted a document titled, "Response to Motion to Request Subpoena."  Dkt. # 36.  Having reviewed these materials and the record, the Court DENIES the Motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 24th day of May, 2022.

John H. Chun
United States District Judge

ORDER - 1