UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM,<br><br>               Plaintiff,<br><br>   v.<br><br>RENTON SCHOOL DISTRICT,<br><br>               Defendant. | CASE NO. 2:21-cv-01363-JHC<br><br>ORDER |

This matter comes before the Court on *pro se* Plaintiff's "Motion of Fraud Upon the Court/Motion to Grant Relief." Dkt. # 38. The Court has reviewed the motion, the response, and the balance of the file herein. The Court DENIES the motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 13th day of June, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1