UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RENTON SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | CASE NO. C21-1363JHC<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable John H. Chun:

The Court is in receipt of several pleadings filed on July 28, 2022, from Plaintiff Ellijah Sam. In accordance with its duty to liberally construe *pro se* filings, the Court directs the following pleadings be converted to motions and noted for August 26, 2022:

- "[REDACTED] FOR REDACTED ADMINISTRATIVE RECORD UNDER SEAL" (Dkt. # 56)

MINUTE ORDER - 1

- "Affidavit of Prejudice Premeptory Challenge to Judicial Officer" (Dkt. # 57)
- "Motion of Inquiring Response of Request Transfer of Record" (Dkt. # 58)

The Clerk is directed to note Dkt. ## 56, 57, and 58 for August 26, 2022. Any responses and replies shall be filed and served in accordance Local Civil Rule 7(d)(3).

Filed and entered this 10th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2