UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM,<br><br>        Plaintiff,<br><br>   v.<br><br>RENTON SCHOOL DISTRICT,<br><br>        Defendant. | CASE NO. 2:21-cv-01363-JHC<br><br>ORDER |

This matter comes before the Court on *pro se* Plaintiff Ellijah Sam's "Motion of Protective Order," Dkt. # 54, Motion "for Redacted Administrative Record Under Seal, Dkt. # 56, and "Motion of Inquiring Response of Request Transfer of Record," Dkt. # 58. The Court has reviewed the filings related to the motions. The motions concern the administrative record, which has been filed under seal with the Court. Dkt. # 52. Accordingly, the Court DENIES the motions as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of September, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1