UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM, | CASE NO. 2:21-cv-01363-JHC |
| Plaintiff, | ORDER |
| v. | |
| RENTON SCHOOL DISTRICT, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's "Motion for Substitution of Judge." Dkt. # 69.

A.  Copies of Filings

Given Plaintiff's claims in the motion, the Court DIRECTS the Clerk to send Plaintiff a copy of the docket via mail.  The Court notes that the Clerk has already sent Plaintiff a copy of the docket sheet, *see* Dkt. # 59, but nevertheless arranges to send him a second copy.  If Plaintiff would like copies of any of the filings listed on the docket, he is required to pay for such copies.  The Court DIRECTS the Clerk to send Plaintiff a letter explaining the process by which Plaintiff may request copies of filings and the cost associated with obtaining such

ORDER - 1

filings.  Plaintiff is ORDERED to contact the Clerk's office and request any desired copies of filings through the process outlined in the Clerk's letter.

B.   Motion to Recuse

The Court construes Plaintiff's motion as a second motion for recusal.  The Court STRIKES this motion as duplicative of his prior motion for recusal and as moot, now that a second copy of the docket sheet is being sent.  *See* Dkt. ## 57, 65.

C.   Deadline for Filing Opening Brief

In a previous order, the Court ordered "that Plaintiff file his Opening Brief no later than 30 days following [Renton School] District's filing of the Administrative Record with the Court."  Dkt. # 50 at 2.  Renton School District filed the Administrative Record on July 27, 2022.  *See* Dkt. # 51.  As of the date of this order, Plaintiff has not filed his Opening Brief.  He has not made any attempt to explain his failure to adhere to the Court's deadline, nor has he requested relief from the deadline pursuant to Local Civil Rule 7(j).  Nevertheless, given Plaintiff's claimed difficulty obtaining case records, the Court will excuse Plaintiff's failure to file a timely brief.  Plaintiff is hereby ORDERED to file his Opening Brief within thirty (30) days of the date of this order.  The Court warns that failure to timely meet this deadline may result in the dismissal of this action with prejudice.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002).  If Plaintiff cannot meet this deadline, Plaintiff shall notify the Court as soon as possible and explain why he is unable to do so.  The additional briefing deadlines set forth in the Court's prior order, Dkt. # 33, remain in place.

The Court DIRECTS the Clerk to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 12th day of September 2022.

John H. Chun
United States District Judge