UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIJAH SAM,<br><br>           Plaintiff,<br><br>  v.<br><br>RENTON SCHOOL DISTRICT,<br><br>           Defendant. | CASE NO. 2:21-cv-01363-JHC<br><br>ORDER |

Plaintiff filed a letter addressed to the "court clerk" stating that he "notified the court [that] the administrative record was inaccurate[.] Why is this not reflected in the docket?" Dkt. # 71 at 1. The letter does not explain when or by what means he "notified the court." It does not explain what in the administrative record he deems to be inaccurate, and does not request that the Court issue any particular form of relief. And it is not styled as a motion directed to the Court, but is instead written as a letter to the "court clerk."

To the extent that this letter represents a motion, the motion is DENIED. If Plaintiff believes that the administrative record is inaccurate or inadequate, he may file a motion that (1) clearly states the form of relief he seeks, and (2) clearly explains why such relief is appropriate. Such a motion shall be directed to the Court, not to the Clerk.

ORDER - 1

Dated this 6th day of October, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2